**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION**

EVERLIGHT ELECTRONICS CO., LTD,

Plaintiff,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant.

Civil No. 2:26-cv-00119-JRG

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Seoul Semiconductor Co., Ltd., ("Defendant") moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint.  In support of its Motion, Defendant states as follows:

On February 13, 2026, Plaintiff filed its Complaint alleging patent infringement against Defendant.  Plaintiff accomplished service on Defendant pursuant to the Hague Convention for the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

On April 14, 2026, Defendant contacted Plaintiff to request an extension to move, answer, or otherwise respond to Plaintiff's complaint.  Plaintiff agreed to June 22, 2026, as the extended deadline for Defendant to respond to Plaintiff's complaint, in exchange for agreement by Defendant to not contest service of process, to which Defendant agreed.

WHEREFORE, Defendant respectfully requests that the time in which it is required to move, answer, or otherwise respond to Plaintiff's Complaint be extended up to and including June 22, 2026.

Dated: April 27, 2026

Respectfully submitted,

_/s/ Jennifer Jonak_
Jennifer L. Jonak, Esq.
JONAK LAW GROUP, P.C.
1711 Willamette St, Suite 301, # 145
Eugene, OR 97401

_Attorneys for Defendant_
_Seoul Semiconductor Co., Ltd._

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of April, 2026.

*/s/  Jennifer Jonak*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Jennifer Jonak*