**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>Defendant, | Civil Action No. 2:26-CV-00119<br><br>**Jury Trial Demanded** |
| SEOUL SEMICONDUCTOR CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>EVERLIGHT ELECTRONICS CO., LTD., EVERLIGHT OPTOELECTRONICS KOREA CO., LTD.<br><br>Counterclaim-Defendants | |

**COUNTERCLAIM-DEFENDANTS' ANSWER TO SECOND AMENDED COUNTERCLAIMS**

Counterclaim-Defendants Everlight Electronics Co., Ltd. ("Everlight Electronics") and Everlight Optoelectronics Korea Co., Ltd. ("Everlight Korea") (collectively, "Counterclaim-Defendants" or "Everlight") answer the Second Amended Counterclaims of Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") as follows. Counterclaim-Defendants' Answer uses the headings from the Second Amended Counterclaims for convenience, not as any admission. Except as expressly admitted below, Counterclaim-Defendants deny each and every allegation of the Second Amended Counterclaims.

**INTRODUCTION**

1. Counterclaim-Defendants admit that an LED is a semiconductor device that

converts electrical energy into light and that LEDs have certain advantages over conventional light sources, including lower energy consumption, longer lifetime, and smaller size. Counterclaim-Defendants deny the remaining allegations in Paragraph 1.

2. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and therefore deny them.

3. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore deny them.

## THE COUNTERCLAIM PARTIES

4. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore deny them.

5. Admitted.

6. Admitted.

## JURISDICTION AND VENUE OVER THE COUNTERCLAIMS

7. Counterclaim-Defendants admit that Seoul Semiconductor purports to assert an action for patent infringement. Counterclaim-Defendants deny that Seoul Semiconductor has stated a valid claim or that any infringement has occurred.

8. Counterclaim-Defendants admit that Everlight Electronics filed the Complaint in this action. Everlight Electronics does not contest personal jurisdiction for purposes of the Counterclaims. Counterclaim-Defendants deny the remaining allegations in Paragraph 8.

9. Denied.

10. Denied.

11. Denied.

12. Counterclaim-Defendants admit that Seoul Semiconductor cites job postings purporting to describe general responsibilities of Everlight Korea personnel, including that a Technical Sales position may involve general work relating to Samsung business units, including Samsung MX, and that a Field Application Engineer position may involve general product development and technical support to customers. Counterclaim-Defendants deny the remaining

allegations in Paragraph 12.

13. Counterclaim-Defendants admit that Seoul Semiconductor cites webpages identifying AT&T retail locations in Beaumont and Marshall, Texas, and that AT&T retail locations generally sell Samsung products. Counterclaim-Defendants deny the remaining allegations in Paragraph 13.

14. Denied.

15. Counterclaim-Defendants admit that Everlight Electronics filed the Complaint in this action. Counterclaim-Defendants do not contest venue for purposes of the Counterclaims. Counterclaim-Defendants deny the remaining allegations in Paragraph 15.

## THE COUNTERCLAIM PATENTS-IN-SUIT

16. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’552 patent, entitled “Backlight unit and display apparatus having the same,” as Exhibit A. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 and therefore deny them.

17. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’851 patent, entitled “Wafer-level light emitting diode package and method of fabricating the same,” as Exhibit B. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 and therefore deny them.

18. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’653 patent, “Method of fabricating light emitting diode,” as Exhibit C. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18 and therefore deny them.

19. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’225 patent, entitled “Light emitting device,” as Exhibit D. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and therefore deny them.

20. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’151 patent, entitled “Light emitting device, light emitting diode package, backlight unit, and liquid crystal display,” as Exhibit E. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 and therefore deny them.

21. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’618 patent, “Aspherical LED lens and light emitting device including the same,” as Exhibit F. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21 and therefore deny them.

22. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’967 patent, “Light Emitting Device,” as Exhibit G. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22 and therefore deny them.

23. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’821 patent, entitled “Light Emitting Device,” as Exhibit H. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23 and therefore deny them.

24. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’050 patent, entitled “Slim LED package,” as Exhibit I. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24 and therefore deny them.

25. Counterclaim-Defendants admit that Seoul Semiconductor purports to submit a copy of the ’440 patent, entitled “Light emitting diode chip and method of fabricating the same,” as Exhibit J. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25 and therefore deny them.

## COUNTERCLAIM-DEFENDANTS’ KNOWLEDGE OF THE PATENTS AND THEIR INFRINGEMENT

26. Counterclaim-Defendants admit that, on or about March 10, 2021, Seoul Semiconductor sent correspondence to TCL Group's counsel identifying TCL Group's TCL 65R635 and TCL 40S325 televisions and listing numerous patents, including the '653, '618, '967, '821, and '050 patents. Counterclaim-Defendants deny the remaining allegations of Paragraph 26.

27. Counterclaim-Defendants admit that, on or about April 9, 2021, TCL Group's counsel sent correspondence stating that the TCL 65R635 and TCL 40S325 televisions used LEDs supplied by Everlight Electronics, while denying that those products infringed any of Seoul Semiconductor's patents. Counterclaim-Defendants further admit that TCL Group's counsel stated that TCL had forwarded Seoul Semiconductor's March 10, 2021 correspondence to Everlight Electronics. Counterclaim-Defendants deny the remaining allegations of Paragraph 27.

28. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to whether on April 20, 2021, Seoul Semiconductor sent correspondence to TCL Group demanding that TCL Group cease the alleged infringing conduct, and therefore deny that allegation. Counterclaim-Defendants further deny the remaining allegations of Paragraph 28.

29. Counterclaim-Defendants admit that, on or about March 4, 2026, Seoul Semiconductor sent correspondence to Everlight Electronics regarding alleged patent infringement and asserted that TCL Group's counsel had forwarded certain correspondence to Everlight Electronics. Counterclaim-Defendants further admit that Seoul Semiconductor's March 4, 2026 correspondence identified the TCL 65R635 and TCL 40S325 televisions and listed numerous patents, including the '552, '653, '151, '618, '967, '821, '050, and '440 patents, and alleged that Everlight Electronics was continuing to induce infringement by third parties. Counterclaim-Defendants deny the remaining allegations of Paragraph 29.

30. Counterclaim-Defendants admit that, on or about March 11, 2026, Seoul Semiconductor sent correspondence to Everlight Korea regarding alleged patent infringement. Counterclaim-Defendants further admit that Seoul Semiconductor's March 11, 2026

correspondence identified the LBM238M1504-KW-1 LED module and listed numerous patents, including the ’653, ’967, ’821, and ’440 patents, and alleged that Everlight Korea and Everlight Electronics directly infringed and/or induced infringement by third parties. Counterclaim-Defendants deny the remaining allegations of Paragraph 30.

31. Counterclaim-Defendants admit that, on or about March 30, 2026, Everlight Korea responded to Seoul Semiconductor’s correspondence stating, among other things, that it had completed an internal technical review, had not identified any infringement, believed Seoul Semiconductor’s allegations lacked sufficient specificity, and requested that Seoul Semiconductor identify the patents and claim elements allegedly infringed. Counterclaim-Defendants deny the remaining allegations of Paragraph 31.

32. Counterclaim-Defendants admit that, on or about May 27, 2026, Seoul Semiconductor sent correspondence to Everlight Electronics regarding alleged patent infringement. Counterclaim-Defendants further admit that Seoul Semiconductor’s May 27, 2026 correspondence (i) accused Everlight Electronics products allegedly supplied for Samsung’s Galaxy Z Flip7 mobile phone, Everlight Electronics products allegedly incorporated into TCL Group’s TCL 75Q51K television, and the EAHC2835WD3 LED package distributed by Mouser Electronics Inc., (ii) listed numerous patents, including the patents identified in Paragraph 32, and (iii) alleged that Everlight Electronics and its affiliates were inducing infringement by third parties. Counterclaim-Defendants deny the remaining allegations of Paragraph 32.

33. Counterclaim-Defendants admit that, on or about May 27, 2026, Seoul Semiconductor sent correspondence to Everlight Korea regarding alleged patent infringement. Counterclaim-Defendants further admit that Seoul Semiconductor’s May 27, 2026 correspondence identified Everlight Electronics products allegedly supplied for Samsung’s Galaxy Z Flip7 mobile phone, listed numerous patents, including the ’552, ’851, ’653, ’225, ’151, and ’618 patents, and alleged that Everlight Korea and Everlight Electronics directly infringed and/or induced infringement by third parties. Counterclaim-Defendants deny the remaining allegations of Paragraph 33.

34. Denied.

35. Counterclaim-Defendants admit that Everlight Electronics' website provides product information and technical guidance regarding flash LED packages and SMD LED packages, including packages for use in mobile phones, televisions, and other electronic devices. Counterclaim-Defendants deny the remaining allegations of Paragraph 35.

36. Counterclaim-Defendants admit that Everlight Electronics provides product data sheets and technical information to distributors for LED packages supplied and distributed in commerce. Counterclaim-Defendants further admit that Seoul Semiconductor provides URLs to the Mouser Electronics website showing product information and a specification for the Everlight EAHC2835WD3 LED. Counterclaim-Defendants deny the remaining allegations of Paragraph 36.

37. Denied.

**MARKING**

38. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore deny them.

39. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore deny them.

40. Counterclaim-Defendants admit that Seoul Semiconductor identifies a URL that purportedly reflects Seoul Semiconductor's virtual marking patent lists. Counterclaim-Defendants further admit that Seoul Semiconductor attached a purported copy of its most recent virtual marking patent lists as Exhibit K. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 40 and therefore deny them.

**COUNTERCLAIM COUNT 1**
**INFRINGEMENT OF U.S. PATENT NO. 12,298,552**
**EXEMPLARY CLAIM 15**

41. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs

as if fully set forth herein.

42. Denied.

43. Denied.

44. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a flash LED module incorporated into a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 44 and therefore deny them.

45. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package from a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 45 and therefore deny them.

46. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package from a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 46 and therefore deny them.

47. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 47 and therefore deny them.

48. Denied.

49. Denied.

50. Denied.

**COUNTERCLAIM COUNT 2**
**INFRINGEMENT OF U.S. PATENT NO. 9,070,851**
**EXEMPLARY CLAIM 1**

51. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

52. Denied.

53. Denied.

54. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a flash LED module incorporated into a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 54 and therefore deny them.

55. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED chip. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 55 and therefore deny them.

56. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED chip. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 56 and therefore deny them.

57. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package from a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 57 and therefore deny them.

58. Denied.

59. Denied.

60. Denied.

## COUNTERCLAIM COUNT 3
## INFRINGEMENT OF U.S. PATENT NO. 7,572,653
## EXEMPLARY CLAIM 1

61. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

62. Denied.

63. Denied.

64. Counterclaim-Defendants admit that Seoul Semiconductor provides images that

purportedly depict a flash LED module incorporated into a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 64 and therefore deny them.

65. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65 and therefore deny them.

66. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 and therefore deny them.

67. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 and therefore deny them.

68. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68 and therefore deny them.

69. Denied.

70. Denied.

71. Denied.

**COUNTERCLAIM COUNT 4**
**INFRINGEMENT OF U.S. PATENT NO. 7,667,225**
**EXEMPLARY CLAIM 1**

72. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

73. Denied.

74. Denied.

75. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a flash LED module incorporated into a Samsung Galaxy Z Flip7 mobile phone. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 75 and therefore deny them.

76. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED chip. Counterclaim-Defendants lack knowledge or information

sufficient to form a belief as to the truth of the remaining allegations of Paragraph 76 and therefore deny them.

77. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77 and therefore deny them.

78. Denied.

79. Denied.

80. Denied.

**COUNTERCLAIM COUNT 5**
**INFRINGEMENT OF U.S. PATENT NO. 11,876,151**
**EXEMPLARY CLAIM 9**

81. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

82. Denied.

83. Denied.

84. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a TCL 75Q51K television after removal of the liquid crystal display panel. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 84 and therefore deny them.

85. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict lenses and LED chips. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 85 and therefore deny them.

86. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED chip. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 86 and therefore deny them.

87. Counterclaim-Defendants admit that Seoul Semiconductor provides images that

purportedly depict an LED chip. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 87 and therefore deny them.

88. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88 and therefore deny them.

89. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 89 and therefore deny them.

90. Denied.

91. Denied.

92. Denied.

## COUNTERCLAIM COUNT 6
## INFRINGEMENT OF U.S. PATENT NO. 9,022,618
## EXEMPLARY CLAIM 5

93. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

94. Denied.

95. Denied.

96. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a TCL 75Q51K television after removal of the liquid crystal display panel. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 96 and therefore deny them.

97. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict lenses and LED chips. Counterclaim-Defendants lack knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97 and therefore deny them.

98. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a lens from a TCL 75Q51K television. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 98 and therefore deny them.

99. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and therefore deny them.

100. Denied.

101. Denied.

102. Denied.

**COUNTERCLAIM COUNT 7**
**INFRINGEMENT OF U.S. PATENT NO. 10,134,967**
**EXEMPLARY CLAIM 17**

103. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

104. Denied.

105. Denied.

106. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a TCL 75Q51K television after removal of the liquid crystal display panel. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 106 and therefore deny them.

107. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict lenses and LED chips. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 107 and therefore deny them.

108. Counterclaim-Defendants admit that Seoul Semiconductor provides images that

purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108 and therefore deny them.

109. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109 and therefore deny them.

110. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 110 and therefore deny them.

111. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED package. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 111 and therefore deny them.

112. Denied.

113. Denied.

114. Denied.

## COUNTERCLAIM COUNT 8
## INFRINGEMENT OF U.S. PATENT NO. 9,147,821
## EXEMPLARY CLAIM 1

115. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

116. Denied.

117. Denied.

118. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict a TCL 75Q51K television after removal of the liquid crystal display panel.

Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 118 and therefore deny them.

119. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict lenses and LED chips. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 119 and therefore deny them.

120. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED from a TCL 75Q51K television. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 120 and therefore deny them.

121. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict an LED from a TCL 75Q51K television. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 121 and therefore deny them.

122. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 and therefore deny them.

123. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 and therefore deny them.

124. Denied.

125. Denied.

126. Denied.

## COUNTERCLAIM COUNT 9
## INFRINGEMENT OF U.S. PATENT NO. 8,659,050
## EXEMPLARY CLAIM 1

127. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

128. Denied.

129. Denied.

130. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict the LED package EAHC2835WD3. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 130 and therefore deny them.

131. Counterclaim-Defendants admit that Seoul Semiconductor provides an image that purportedly depicts LED package EAHC2835WD3. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 131 and therefore deny them.

132. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 and therefore deny them.

133. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 and therefore deny them.

134. Denied.

135. Denied.

136. Denied.

**COUNTERCLAIM COUNT 10**
**INFRINGEMENT OF U.S. PATENT NO. 8,314,440**
**EXEMPLARY CLAIM 1**

137. Counterclaim-Defendants incorporate their responses to the foregoing paragraphs as if fully set forth herein.

138. Denied.

139. Denied.

140. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict the LED package EAHC2835WD3. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 140 and therefore deny them.

141. Counterclaim-Defendants admit that Seoul Semiconductor provides images that purportedly depict the LED chip from the EAHC2835WD3. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 141 and therefore deny them.

142. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 and therefore deny them.

143. Counterclaim-Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 and therefore deny them.

144. Denied.

145. Denied.

146. Denied.

## PRAYER FOR RELIEF

Counterclaim-Defendants deny that Seoul Semiconductor is entitled to any of the relief requested.

## JURY DEMAND

Counterclaim-Defendants admit that Seoul Semiconductor has demanded a jury trial. Counterclaim-Defendants also demand a jury trial on all issues so triable.

## AFFIRMATIVE DEFENSES

Counterclaim-Defendants assert the following affirmative defenses without conceding that they bear the burden of proof on any of the defenses pled.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Counterclaims fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

Counterclaim-Defendants have not infringed, and do not infringe, directly or indirectly, literally or under the doctrine of equivalents, any valid and enforceable claim of the asserted

Counterclaim patents.

**THIRD AFFIRMATIVE DEFENSE**
**(Invalidity)**

The asserted Counterclaim patents are invalid for failure to satisfy one or more requirements of Title 35 of the United States Code, including 35 U.S.C. §§ 101, 102, 103, and/or 112.

**FOURTH AFFIRMATIVE DEFENSE**
**(Prosecution History Estoppel and Disclaimer)**

Seoul Semiconductor's claims are barred or limited by statements, amendments, arguments, representations, and disclaimers made during prosecution, reexamination, inter partes review, or other Patent Office proceedings concerning the asserted patents or related patent applications.

**FIFTH AFFIRMATIVE DEFENSE**
**(No Willfulness)**

Seoul Semiconductor is not entitled to enhanced damages because Counterclaim-Defendants have not willfully infringed any valid and enforceable claim of the asserted patents.

**SIXTH AFFIRMATIVE DEFENSE**
**(No Injunctive Relief)**

Seoul Semiconductor is not entitled to preliminary or permanent injunctive relief because it cannot establish irreparable harm, inadequacy of monetary remedies, balance of hardships, or that the public interest favors an injunction.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Equitable Defenses)**

Seoul Semiconductor's claims are barred or limited by equitable defenses, including waiver, estoppel, acquiescence, and unclean hands, to the extent supported by facts developed through discovery.

**EIGHTH AFFIRMATIVE DEFENSE**
**(No Exceptional Case)**

Seoul Semiconductor's claims for attorneys' fees under 35 U.S.C. § 285 are barred

because this case is not exceptional within the meaning of that statute.

**NINTH AFFIRMATIVE DEFENSE**
**(35 U.S.C. § 271(g))**

Seoul Semiconductor's claims under 35 U.S.C. § 271(g) are barred, in whole or in part, because the accused products do not satisfy the requirements of 35 U.S.C. § 271(g) and/or because one or more statutory exceptions apply.

**TENTH AFFIRMATIVE DEFENSE**
**(Failure to Comply with 35 U.S.C. § 287)**

Seoul Semiconductor has failed to comply with the marking requirements of 35 U.S.C. § 287. Accordingly, Seoul Semiconductor is barred from recovering pre-notice damages to the extent required by law.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Lack of Pre-Suit Notice)**

Seoul Semiconductor's claims for enhanced damages, pre-suit damages, and/or indirect infringement are barred, in whole or in part, because Seoul Semiconductor failed to provide legally sufficient pre-suit notice of the asserted patents, the asserted claims, and/or the accused products.

**TWELFTH AFFIRMATIVE DEFENSE**
**(Patent Exhaustion and/or Implied License)**

Seoul Semiconductor's claims are barred, in whole or in part, by the doctrines of patent exhaustion and/or implied license.

**THIRTEENTH AFFIRMATIVE DEFENSE**
**(Reservation of Additional Defenses)**

Counterclaim-Defendants reserve the right to assert additional affirmative defenses, counterclaims, and other defenses that become available or apparent through discovery or further investigation.

Dated: October 15, 2026 Respectfully submitted,

By: */s/ Michael P. Sandonato by permission*

*Andrea L. Fair*
Michael P. Sandonato
New York Bar No. 2532646
LEAD ATTORNEY
**VENABLE LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Philip T. Sheng
California Bar No. 278422
**VENABLE LLP**
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Of Counsel*
Andrea L. Fair
Texas Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Fax: 903-757-2323
andrea@millerfairhenry.com

***Attorneys for Plaintiff***
***Everlight Electronics Co., LTD***